**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | **EVAN M. SHORE** | : | CHAPTER 13 |
| | | : | |
| | **Debtor** | : | |
| | | : | **BANKRUPTCY NO. 25-14160-AMC** |

<u>**CERTIFICATION OF SERVICE**</u>

    I, Robert J. Lohr II, certify that on November 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Chapter 13 Plan

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>November 11, 2025</u>           <u>/s/ Robert J. Lohr II</u>
PA Attorney ID #75676
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382
(610) 701-0222 - telephone
(610) 431-2792 - facsimile
bob@lohrandassociates.com - email

Name: Office of the United States Trustee
Address: Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of the Party: United States Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Kenneth E. West, Esquire
Address: Office of the Chapter 13 Trustee, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of the Party: Standing Chapter 13 Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Christos A. Katsaounis, Esquire
Address: Pennsylvania Department of Revenue, 1032 Strawberry Square, 4th & Walnut Streets, P.O. Box 281061, Harrisburg, PA 17128-1061
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Capital One, N.A., by AIS InfoSource LP as Agent
Address: 4515 Santa Fe Avenue, Oklahoma City, OK 73118
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Ally Financial, Inc.
Address: P.O. Box 380901, Bloomington, IL 55348
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Quaint Oak Bank
Address: 501 Knowles Avenue, Southampton, PA 18966
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Valon/Federal National Mortgage Association
Address: 9450 SW Gemini Drive, Beaverton, OR 97008
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name: Abington Hospital - Jefferson Health
Address: 1200 Old York Road, Abington, PA 19001
Relationship of the Party: Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail   ☐ Other:

Name:  American Express, Correspondence/Bankruptcy
Address: P.O. Box 981535, El Paso, TX 79998
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  Citizens Bank, N.A.
Address: One Citizens Plaza, Providence, RI 02903
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  Jacob Fishkow
Address: 410 Cecil B. Moore Avenue, Philadelphia, PA 19122
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  JPMorgan Chase Bank
Address: Mail Code LA4-7100, 700 Kansas Lane, Monroe, LA 71203
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  Mohela
Address: Attention: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  TD Bank, N.A.
Address: Attention: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  Todd H. Zamostien, Esquire
Address: Morgan & Morgan, 2005 Market Street, Suite 350, Philadelphia, PA 19103
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  Ms. Linda Carpenter
Address: Philadelphia City Hall, 1400 JFK Boulevard, Philadelphia, PA 19107
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name:  Mr. Jacob Fishkow
Address: P.O. Box 3546, Philadelphia, PA 19122
Relationship of the Party: Creditor
Via:     ☐ CM/ECF    ■ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Battle Tested Security, LLC
Address: 505 Maxa Road, Aberdeen, MD 21001
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Unlocked Presents LLC
Address: d/b/a The AVE, 520 N. Columbus Boulevard, Suite 100, Philadelphia, PA 19123
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other:

Name: Pennsylvania Department of Revenue
Address: Department 280948, Harrisburg, PA 17128
Relationship of the Party: Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail    ☐ Other: